WILLIAM L. WOODWARD, Respondent, *v.* EDWIN A. STEVENS, JR., et al., Appellants.

*Attorney and client — executors and administrators — jurisdiction — action against foreign executors to recover for legal services to estate — complaint dismissed as to trustee under deed of trust made by decedent in lifetime.*

*Woodward* v. *Stevens*, 215 App. Div. 768, modified.

(Argued June 3, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover for legal services rendered in connection with the determination of the tax liability of the estate of Edwin A. Stevens, deceased, under the Federal Estate Tax Act. Decedent was a resident of the State of New Jersey and his will was probated there. Defendants Edwin A. Stevens, Jr., and Basil M. Stevens qualified as executors in that State. Defendant John Stevens was one of the surviving trustees under a deed of trust made by decedent in his lifetime. It was contended that the defendants, foreign executors, were not subject to suit in this State.

*Charles J. McDermott* and *Henry C. Turner* for appellants.

*Edmund L. Mooney, Jacob Quat* and *Henry T. Stetson* for respondent.

Judgments reversed and complaint dismissed, with costs in this court as to defendant John Stevens. Judgments otherwise affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.